**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 12 CR 782 |
| v. | ) | |
| | ) | Violations: Title 18, United |
| ROBERT KOLBUSZ | ) | States Code, Section 1341 |
| | ) | and 1343 |

## QUALIFIED PROTECTIVE ORDER PURSUANT TO HIPAA

This matter coming before the Court pursuant Defendant's Motion for Entry of a Qualified Protective Order Pursuant to HIPAA, limiting the disclosures of certain protected health information ("PHI") protected by the Health Insurance Portability and Accountability Act ("HIPAA") during discovery and at trial of this case. Accordingly, IT IS ORDERED:

1.  For purposes of this Qualified Protective Order, PHI shall have the same scope and definition as set forth in 45 CFR 160.103. Without limiting the generality of the foregoing, PHI includes, but is not limited to, health information, including demographic information, relating to either:

    a. the past, present or future physical condition of an individual;

    b. the provision of care to an individual; and/or

    c. the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

2.  All information that was produced or exchanged pursuant to this protective order and that contains PHI shall be used by defendant Robert Kolbusz, the United States of America and their counsel solely for purposes of this criminal case, and shall not be disclosed to any other person or for any other purposes, except in accordance with the terms of this Order or by further Order of the Court.

3.  Nothing in this Order shall prevent any party or other person from seeking modification of this Order or from objecting to discovery that it believes to be improper.

4. At the conclusion of this litigation (which shall be defined as the point at which final orders disposing of the entire case have been entered, or the time at which all trial and appellate proceedings have been exhausted), any person or entity in possession of documents that contain PHI shall destroy any and all copies of such documents in their possession, or return those documents to their original owner.

*So Ordered.*

Dated: 12/17/13

U.S. District Judge
John Z. Lee